CAP CARE GRP., INC. v. McDONALD

No. 178P01-2

Case below: 149 N.C. App. 817

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 19 December 2002.

CAPITAL OUTDOOR, INC. v. GUILFORD CTY. BD. OF ADJUST.

No. 603A01-2

Case below: 152 N.C. App. 474

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 19 December 2002.

COLOMBO v. STEVENSON

No. 293PA02

Case below: 150 N.C. App. 163

Petition by defendants (George M. Stevenson, III and Susan Stevenson) for discretionary review pursuant to G.S. 7A-31 allowed 19 December 2002.

CUMMINS v. BCCI CONSTR. ENTERS.

No. 170P02

Case below: 149 N.C. App. 180

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 19 December 2002.

EDWARDS v. EDWARDS

No. 562P02

Case below: 152 N.C. App. 185

Petition by defendant pro se for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 19 December 2002.